Opinion filed February 21, 1933.

John A. Bloomingston, for plaintiff in error. Murphy O. Tate and Eugene Cohen, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Estate of Laura Hogan, deceased.

Howard H. Hanks, appellant, v. The Estate of Laura Hogan, deceased, appellee. Gen. No. 36,294.

Opinion filed February 21, 1933.

Gaylord D. Adsit and Bangs, Crane & Slater, for appellant; Martin Crane and Drennan J. Slater, of counsel. M. D. Dolan, *pro se.*

Mr. Presiding Justice Scanlan delivered the opinion of the court.

In re Joseph Harold Leven, arrested at suit of General Contract Purchase Corporation.

Joseph Harold Leven, appellant, v. General Contract Purchase Corporation, appellee. Gen. No. 36,328.

Opinion filed February 21, 1933.

Rehearing denied March 14, 1933.

Yale & Yale, for appellant. Allan S. Jackson, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Dr. I. I. Kaplin, appellee, v. Evelyn Gutterman et al., respondents. Evelyn Gutterman, appellant. Gen. No. 36,502.

Opinion filed February 21, 1933.

Max F. Adler, for appellant. No appearance for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Avery Brundage, appellee, v. South Park Commissioners, appellant. Gen. No. 35,444.

Opinion filed February 21, 1933.

654

George E. Gorman, for appellant; W. W. Patterson, of counsel. Poppenhusen, Johnston, Thompson & Cole, for appellee; Edward J. Fleming, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Avery Brundage, appellant, v. South Park Commissioners, appellee. Gen. No. 35,448.

Opinion filed February 21, 1933.
Poppenhusen, Johnston, Thompson & Cole, for appellant; Edward R. Johnston and Edward J. Fleming, of counsel. George E. Gorman, for appellee; W. W. Patterson, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Nick De Angelis, plaintiff in error, v. Clarence H. Ben Venuti, defendant in error. Gen. No. 36,024.

Opinion filed February 21, 1933.
Thomas C. Hollywood, for plaintiff in error; T. Fred Laramie, of counsel. Thompson, Tyrrell & Chambers, for defendant in error.
Mr. Justice Gridley delivered the opinion of the court.

Ruth Anderson, defendant in error, v. Arthur Anderson, plaintiff in error. Gen. No. 36,169.

Opinion filed February 21, 1933.
Harry M. Phipps, for plaintiff in error. Benjamin H. Ehrlich, for defendant in error; Aaron H. Cohn, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Bonnet-Brown Corporation, appellant, v. Press Record Publishing Company, appellee. Gen. No. 36,219.

Opinion filed February 21, 1933. Rehearing denied March 14, 1933.
J. B. Luse, for appellant. No appearance for appellee.
Mr. Justice Gridley delivered the opinion of the court.